# Exhibit "A"



# Exhibit "B"



temple to sex and drugs; from rock and roll to hip-hop, hedonistic abandon has always been in music's DNA, alongside the archetype of the womanizing rockstar. Even as women began to front their own groups, most of the time their bands, producers, and managers were men, and their images were stylized for the male gaze. Especially in the heyday of classic rock and roll, women and girls were almost always accessories and groupies, available to the whims of the powerful men around them.

Sponsored Content


**Do this Immediately if You Have Enlarged Prostate (Watch)**
healthmend.live


**Donald Trump's 6 Most Heartbreaking Cameos**


**Doctor: If You Have Tinnitus (Ear Ringing) Do This Immediately!**
healthu.vip


**What Is The Best Diet Program For Weight Loss?**

These trends came at a price. Behind many of the great rockers and icons across music history are ugly legacies of sexual abuse, kept quiet by star-power, hush money, or simple entitlement. One of the most common themes is that of the rockstar taking advantage of minors, or even children. David Bowie, as well as members of Led Zeppelin, the Rolling Stones, and the Eagles, regularly slept with underage "baby groupies." Elvis married his wife when she was fourteen and was accused of inappropriate actions by later partners. Iggy Pop slept with thirteen-year-olds—and wrote many successful songs about it.



Iggy Pop with Sable Starr and Lori Maddox, two famous 'baby groupies'

Image via picsrre.com

Some of these names cut deep. After all, figures like Elvis and David Bowie have undeniably influenced modern music and culture. Should the fact that they took advantage of women destroy their musical legacies? Should artists' ethics affect our appreciation for their work? Those are questions for another piece, but when it comes down to it, the pain we feel upon realizing our all-time favorite artists are not who we thought they were pales in comparison to the pain experienced by the women they mistreated.



HAIRMNL    HairMNL: Your Mane Authority

More recently, this truth is being recognized, and sexual crimes and violence have become subject to public blowback. Michael Jackson's history of child abuse is the subject of a new documentary. R. Kelly's rampant abuse was looked away from for too long, according to John Legend, and may have even been abetted by his inner circle—but it was the subject of a recent TV documentary.

And then there's Ryan Adams. Few, if any, modern rockers have been outed and taken down with the speed and public outcry that defined his case. The story made the New York Times and many major news sites, inspired critical reexaminations of his music (the guy has a song about wanting to be bathed by Sylvia Plath, which should've been a red flag in itself), and led to him canceling his next tour. In some ways, takedowns of contemporary musicians like Adams and R. Kelly are even more important than old horror stories, which were arguably legitimized by outdated, unfortunate gender norms. But these active, influential people could've continued to harass and intimidate girls for decades to come—and now a whole lineage of traumatic experiences won't have to happen in the first place.

Certainly, the Ryan Adams story is far from a large-scale triumph. It's impossible to know how many other musicians have treated women like Adams did, but it's highly unlikely that he was an outlier. And realistically, he could pull a Louis C. K. and reemerge after a few months. And actual change will never happen unless women gain more leadership roles and recognition in music on the whole. There are countless statistics that highlight the lack of women in the industry; a 2018 study revealed that out of the 600 most popular songs released that year, only two percent were produced by women, and twelve percent were written by women. Until women begin to gain influence in the music business, it will still be easy for men like Adams to take advantage of their power.

common themes is that of the rockstar taking advantage of minors, or even children. David Bowie, as well as members of Led Zeppelin, the Rolling Stones, and the Eagles, regularly slept with underage "baby groupies." Elvis married his wife when she was fourteen and was accused of inappropriate actions by later partners. Iggy Pop slept with thirteen-year-olds—and wrote many successful songs about it.



Iggy Pop with Sable Starr and Lori Maddox, two famous "baby groupies"

Image via picswe.com

Some of these names cut deep. After all, figures like Elvis and David Bowie have undeniably influenced modern music and culture. Should the fact that they took advantage of women destroy their musical legacies? Should artists' ethics affect our appreciation for their work? Those are questions for another piece, but when it