**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES FORTUNE,<br><br>　　　　　　　Plaintiff,<br><br>- against -<br><br>POPDUST INC., and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-03706-WFK-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff James Fortune and or its counsel(s), hereby give notice that the above captioned action is voluntarily dismissed against the Defendant(s) Popdust Inc., and DOES 1 through 10 inclusive, with prejudice.

Dated:　　October 14, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rayminh y L. Ngo**
　　　　　　　　　　　　　　　　　　　　　　　Rayminh L. Ngo, Esq.
　　　　　　　　　　　　　　　　　　　　　　　EDNY No. RN4834
　　　　　　　　　　　　　　　　　　　　　　　**HIGBEE & ASSOCIATES (Of Counsel)**
　　　　　　　　　　　　　　　　　　　　　　　1504 Brookhollow Dr., Ste 112
　　　　　　　　　　　　　　　　　　　　　　　Santa Ana, CA 92705-5418
　　　　　　　　　　　　　　　　　　　　　　　(714) 617-8353
　　　　　　　　　　　　　　　　　　　　　　　(714) 597-6729 facsimile
　　　　　　　　　　　　　　　　　　　　　　　rngo@higbeeassociates.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*